FILED

AUG 21 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



CV19 5226

JSC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.A. SALES COMPANY, INC., | Case No.19-cv-00832-JSC |
| Plaintiff, | |
| v. | **ORDER SEVERING DEFENDANT BISHOP RANCH GATEWAY, INC.** |
| MARY SEO, et al., | |
| Defendants. | |

On August 2, 2019, the Court issued an order regarding severance of non-appearing defendant Bishop Ranch Gateway, Inc. ("Bishop Ranch"). (Dkt. No. 68.) The parties were advised that Bishop Ranch would be severed from this action if no party objected by August 9, 2019. No objection having been filed, the Court SEVERS the claims against Bishop Ranch. Plaintiff's claims against Bishop Ranch shall proceed in a separate case with a separate case number assigned to this Court, of which all parties will be notified. The hearing on the motions to dismiss of JHK Pacific Common, Clayton Swartz, Haeng Cha Swartz, and JYK Investment Consulting, Corp., shall take place on August 22, 2019, as currently scheduled.

**IT IS SO ORDERED.**

Dated: August 21, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California

Gula 5226