**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **N.A. SALES COMPANY, INC.,** | Case No.: 19-cv-5226 YGR |
| Plaintiff, | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER REMANDING CASE TO STATE COURT** |
| v. | |
| **BISHOP RANCH GATEWAY, INC.,** | **DKT. NO. 10** |
| Defendant. | |

The Court has reviewed Magistrate Judge Jacqueline Scott Corley's Report and Recommendation (Dkt. No. 10, Order Reassigning and Report and Recommendation to Remand, "Report") recommending remand of this action to the Superior Court of California for the County of San Mateo for lack of subject matter jurisdiction, to which no party filed an objection. The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report:

1. This case is **REMANDED** to the Superior Court of California for the County of San Mateo for lack of subject matter jurisdiction; and

2. All pending motions are **DENIED AS MOOT**.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: January 2, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**